### In re: CHECKING ACCOUNT OVERDRAFT LITIGATION.

**Lawrence D. Hough, Pamela J. Hough, on behalf of themselves and all other similarly situated, Plaintiffs–Appellees,**

v.

**Regions Financial Corporation, Regions Bank, Defendants–Appellants.**

No. 10–12376.

United States Court of Appeals, Eleventh Circuit.

April 29, 2011.

Edward Adam Webb, G. Franklin Lemond, Jr., Webb, Klase & Lemond, L.L.C.,

Atlanta, GA, Robert C. Gilbert, Bruce Rogow, Alters Law Firm, Miami, FL, for Plaintiffs–Appellees.

William J. Holley, II, Nancy H. Baughan, David B. Darden, Constance Melissa Ewing, Eric Jon Taylor, Parker, Hudson, Rainer & Dobbs, LLP, Atlanta, GA, for Defendants–Appellants.

Before PRYOR and COX, Circuit Judges, and WATKINS,* District Judge.

PER CURIAM:

After oral argument in this case, the United States Supreme Court decided *AT&T Mobility LLC v. Concepcion*, —— U.S. ——, 131 S.Ct. 1740, 179 L.Ed.2d 742 (2011). The district court's order denying the motion to compel arbitration is VACATED, and this case is remanded to the district court for reconsideration in light of the Supreme Court's opinion.

**VACATED AND REMANDED.[1]**

---

* Honorable W. Keith Watkins, United States District Judge for the Middle District of Alabama, sitting by designation.

1. This is an unlimited remand.